**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | **8:15CR173
8:15CR174** |
| vs. | ) ) | **ORDER** |
| **LUKE ST. CYR,** | ) ) | |
| Defendant. | ) | |

This matter is before the court on the motions for an extension of time by defendant Luke St. Cyr (St. Cyr) (Filing Nos. 19). St. Cyr seeks until August 3, 2015, in which to file pretrial motions in accordance with the progression order. St. Cyr's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant St. Cyr's motions for an extension of time (Filing Nos. 19) are granted. St. Cyr is given until **on or before August 3, 2015,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 20, 2015, and August 3, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 20th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge